PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                                              )<br>)<br>**Matthew Gene WILLIAMS**                  )<br>) | **Docket Number: 2:06CR00304-01** |

On March 3, 2006, the above-named was placed on Supervised Release for a period of 4 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated:   May 26, 2009
         Roseville, California
         DDW:cd

**REVIEWED BY:**     /s/ Richard A. Ertola
         **RICHARD A. ERTOLA
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:** **Matthew Gene WILLIAMS**
   **Docket Number:   2:06CR00304-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   <u>**PRIOR TO EXPIRATION DATE**</u>

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

June 17, 2009
**Date**

**FRANK C. DAMRELL, JR.**
**United States District Judge**

Attachment:   Recommendation
cc:   United States Attorney's Office
   FLU Unit, AUSA's Office
   Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Docket Number:  2:06CR00304-01 |
| ) | |
| Matthew Gene WILLIAMS ) | |

## LEGAL HISTORY:

On July 16, 2004, the above-named was placed on Supervised Release for a period of 4 years, which commenced on March 3, 2006. Special conditions included a requirement for substance abuse counseling and testing, abstain from alcohol, and complete parenting classes as directed by the probation officer. He has paid in full all monetary penalties, and submitted to the collection of DNA.

## SUMMARY OF COMPLIANCE:

Matthew Gene Williams has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Matthew Gene Williams has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Matthew Gene WILLIAMS
        Docket Number:   2:06CR00304-01
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

Dated:     May 26, 2009
           Roseville, California
           DDW:cd

**REVIEWED BY:**          /s/ Richard A. Ertola
                   **RICHARD A. ERTOLA**
                   **Supervising United States Probation Officer**


cc:     AUSA (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)